The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANAMELIA WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA INC.,<br><br>Defendant. | No. 2:25-cv-02272-JNW<br><br>STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: December 5, 2025 |

## STIPULATED MOTION

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed Order set forth below, which extends by 32 days the deadline for Defendant to answer or otherwise respond to the Complaint.

In support of this request, the parties represent the following to the Court:

1.  On November 13, 2025, Plaintiff filed her Complaint (Dkt. 1) against Defendant in the above-captioned action. On November 17, 2025, Plaintiff served Defendant with a Summons and the Complaint. Dkt. 3. Accordingly, absent an extension of time, Defendant's answer or other response would be due December 8, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

2.  On December 3, 2025, Defendant's counsel informed Plaintiff's counsel that they had recently been retained and, to allow sufficient time to investigate the Complaint allegations in light of the upcoming holidays and vacation schedules, T-Mobile asked Plaintiff to agree to

STIPULATED MOTION AND
ORDER EXTENDING DEADLINE
(2:25-cv-02272-JNW) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

extend until January 9, 2026, the deadline for Defendant to answer or otherwise respond to the Complaint. Plaintiff agreed.

    3.    Based on the foregoing, the parties stipulate and jointly request that the Court enter the following Order extending until January 9, 2026, the deadline for Defendant to answer or otherwise respond to the Complaint.

Stipulated to and respectfully submitted this 5th day of December, 2025, by:

    DAVIS WRIGHT TREMAINE LLP

    By s/ *Kenneth E. Payson*
        Kenneth E. Payson, WSBA #26369
        Rachel Herd, WSBA #50339
        920 Fifth Avenue, Suite 3300
        Seattle, Washington 98104-1610
        Telephone: (206) 622-3150
        Facsimile: (206) 757-7700
        E-mail: kenpayson@dwt.com
                rachelherd@dwt.com

*Attorneys for Defendant*

    STRAUSS BORRELLI PLLC

    By s/ *Samuel J. Strauss*
        Samuel J. Strauss, WSBA #46971
        One Magnificent Mile
        980 N Michigan Avenue, Suite 1610
        Chicago, Illinois 60611
        Telephone: (872) 263-1100
        Facsimile: (872) 263-1109
        E-mail: sam@straussborrelli.com

    PARONICH LAW PC

        Anthony Paronich (*pro hac vice anticipated*)
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        Telephone: (617) 485-0018
        E-mail: anthony@paronichlaw.com

*Attorneys for Plaintiff*

STIPULATED MOTION AND
ORDER EXTENDING DEADLINE
(2:25-cv-02272-JNW) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

<u>ORDER</u>

IT IS SO ORDERED.

DATED this 12th day of December, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND
ORDER EXTENDING DEADLINE
(2:25-cv-02272-JNW) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax