UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANAMELIA WRIGHT,<br>Plaintiff,<br>v.<br>T-MOBILE USA INC.,<br>Defendant. | CASE NO. 2:25-cv-02272-JNW<br>ORDER |

Plaintiff Anamelia Wright moves to dismiss her claims against Defendant T-Mobile USA Inc. with prejudice. Dkt. No. 15. T-Mobile doesn't object to the dismissal, but it wants Wright to pay its fees first. That request is denied. A dismissal with prejudice is a complete win for T-Mobile: Wright can never bring these claims again, and T-Mobile never had to take a deposition or file a dispositive motion. Rule 41(a)(2) protects defendants from unfair prejudice, not from the ordinary cost of being sued, and T-Mobile shows no prejudice beyond that cost. Whether the claim had a factual basis is disputed, and T-Mobile acknowledges that discovery, which never happened, is how that dispute would be tested. Dkt. No. 16 at 17. The Court won't reopen an abandoned case to settle a fee dispute.

The motion is GRANTED. Dkt. No. 15. Wright's individual claims are DISMISSED WITH PREJUDICE, and the putative class members' claims are DISMISSED WITHOUT PREJUDICE. T-Mobile's request for fees and costs is DENIED. Each party will bear its own attorneys' fees and costs.

Dated this 16th day of November, 2026.

Jamal N. Whitehead
United States District Judge